518 S.E.2d 821

**The STATE, Respondent,**

v.

**Calvin Basil SMITH a/k/a Elwaldo R. James, Petitioner.**

**No. 24963.**

Supreme Court of South Carolina.

Heard April 20, 1999.

Decided July 6, 1999.

Deputy Chief Attorney Joseph L. Savitz, III, of South Carolina Office of Appellate Defense, of Columbia, for petitioner.

Attorney General Charles M. Condon, Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant Attorney General G. Robert Deloach, III, all of Columbia; and Solicitor Thomas E. Pope, of York, for respondent.

## ON WRIT OF CERTIORARI TO
## THE COURT OF APPEALS

PER CURIAM:

We issued a writ of certiorari to review the opinion of the Court of Appeals in *State v. Smith*, 329 S.C. 550, 495 S.E.2d 798 (Ct.App.1998). After careful consideration of the briefs and arguments, we have decided that the writ was improvidently granted. Accordingly, the writ of certiorari is dismissed as improvidently granted.

WRIT DISMISSED.